# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY NOLAND, an individual, et al., ) | 3:05-CV-0357-RAM (BASE) |
| ) | 3:04-CV-0643-RAM |
| Plaintiffs, ) | |
| ) | **MINUTES OF THE COURT** |
| vs. ) | |
| ) | August 16, 2006 |
| CARL W. COX, JR., an individual, ) | |
| ELKO COUNTY, a political subdivision ) | |
| of the State of Nevada, ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:     THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI             REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' Motion to Exceed Page Limit on Motion for Summary Judgment (Doc. #15) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
       Deputy Clerk