JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664
(775) 786-7466-Facsimile
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

JEFFREY NOLAND, an individual,
LANA NOLAND, an individual and as
Guardian ad litem of Mariah Alexandria
Peevers, a minor child,

Plaintiffs,

vs

CARL W. COX, JR., an individual, ELKO
COUNTY, a political subdivision of the
State of Nevada,

Defendants.

3:05-cv-357-RAM (BASE FILE)

CASE NO. 3:04-cv-643-RAM

STIPULATION AND ORDER
ENLARGING TIME TO OPPOSE
MOTION FOR SUMMARY JUDGMENT

The parties stipulate to enlarge the deadline for Plaintiff's opposition to the Motion for Summary Judgment for three weeks from its due date of September 5, 2006 to and including September 26, 2006.

DATED September 5, 2006

JEFFREY A. DICKERSON          THOMAS P. BEKO

## ORDER

IT IS SO ORDERED.

DATED ___ September 5, 2006

UNITED STATES MAGISTRATE JUDGE

JAD sh noland-stip-ord

1